UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 08 B 26899
  SCOT A HARPER
  VERONICA HARPER                         CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

        Debtor
  SSN XXX-XX-0922    SSN XXX-XX-4114
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1.  The case was filed on 10/07/08 .

   2.  The case was dismissed without confirmation, 12/19/2008.

   3.  The Debtor paid a total of $    921.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CITIMORTGAGE | SECURED | .00 | .00 | .00 |
| CITIMORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| HARRIS BANK CONSUMER LOA | SECURED VEHIC | .00 | .00 | .00 |
| HSBC | SECURED | .00 | .00 | 36.88 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| COMMERCE BANK NA | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRST NATIONAL BANK MARI | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| SHORT TERM LOAN | UNSECURED | NOT FILED | .00 | .00 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
TOTAL CLMS ALLOWED            .00           .00           .00           .00           .00
PRINCIPAL PAID              36.88           .00           .00           .00         36.88
INTEREST PAID                 .00           .00           .00           .00           .00
TOTAL PAID                  36.88           .00           .00           .00         36.88
```
The Debtor's attorney, RICHARD E SEXNER              , was allowed $    3500.00
and was paid $     701.00   direct and $     835.31   through the plan.

The Trustee received $       48.81 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 03/13/09                      /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE